# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

VANESSA COTHRINE                                                    PLAINTIFF

V.                         CASE NO. 1:18-CV-62-JM-BD

PECO FOODS, INC.                                                    DEFENDANT

## JUDGMENT

Pursuant to the order filed this day, judgment is entered dismissing this case without prejudice.

IT IS SO ORDERED this 13th day of March, 2019.

_____
UNITED STATES MAGISTRATE JUDGE